David Abrams, Attorney at Law
305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
Southern District of New York

|  |  |
|---|---|
| Tomasz Laskawski, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 15 cv 3631 (KMK) |
| - against - ) | |
| ) | |
| Brian Boru of Westchester, Inc. a/k/a ) | |
| Brian Boru Concessions of Westchester, Inc.) | |
| ) | |
| Defendant. ) | |
| ) | |

## Affirmation of Tomasz Laskawski

1. I am the Plaintiff in the above-referenced matter. I hereby declare under penalty of perjury that the following statements are true to the best of my knowledge.

2. I was employed by the Defendant (who operated certain concessions at Yonkers Raceway) as a bartender from approximately July to December of 2014. My rate of pay was $12.44 per hour.

3. During the time I was employed by the Defendant, I observed that my punch times were being adjusted to reflect less work than I had actually performed.

4. For example, attached hereto as Exhibit A and B are screen shots I took from the Defendant's timekeeping system.

5. The first screen shot, which I took on Saturday, September 20, 2014, reflects my pre-adjustment times. It indicates that I punched out from work at 11:30pm on Friday, September 19, 2014.

5. The second screen shot was taken the day after the first. i.e. I took it on Sunday, September 21, 2014. Sunday's screen shot indicates that I punched out from work at 10:45pm on Friday, September 19, 2014.

6. Thus, between Saturday and Sunday, my time records for the previous Friday were shaved by 45 minutes.

7. While employed by the Defendant, I regularly worked 40 or more hours per week. Thus, this shaving of my time affected the amount of overtime pay I received.

8. Based on my conversations with other bartenders and barbacks, I understand that I was not the only bartender or barback who had this happen to him or her; it was a common occurrence for all of the bartenders and barbacks who were employed by the Defendant in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2015.

_[signature]_
Tomasz Laskawski

# Exhibit A



# Exhibit B

